A. Renae Adamson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Seth A. Albin, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Donovan Epps, Movant, appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without a hearing. We have reviewed the record on appeal and the briefs of the parties and concluded the motion court's decision was not clearly erroneous. Rule 24.035(k). A published opinion would have no precedential value and we affirm by written order. Rule 84.16(b)(2). We have provided a memorandum opinion for the use of the parties only. Judgment affirmed.

Herzog, Crebs & McGhee, LLP, Ryan S. Shaughnessy, St. Louis, for defendant/respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

The Estate of Margaret Vatterott (Estate), as a substituted party, brought suit against Michael J. Vatterott (Vatterott) for money taken from Margaret Vatterott and breaching his fiduciary duty to her. The circuit court entered judgment in favor of Estate. This appeal arises from Estate's attempt to garnish principle and income from a spendthrift trust created in favor of Vatterott.

We have read the briefs and reviewed the legal file. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

ESTATE OF Margaret VATTEROTT, Deceased, John Steiner, Personal Representative, Plaintiff/Appellant,

v.

Michael J. VATTEROTT, Defendant/Respondent.

No. 73007.

Missouri Court of Appeals, Eastern District, Division One.

April 7, 1998.

Gerard A. Nester, St. Louis, for plaintiff/appellant.

John A. and Mary Lou COOPER, Appellant,

v.

Hugh VAN DUERSEN, Respondent.

No. WD 53762.

Missouri Court of Appeals, Western District.

April 21, 1998.

Roy King, Jr., Kansas City, for Appellants.

Robert Russell, Sedalia, for Respondent.

Before LAURA DENVIR STITH, P.J., and HANNA and RIEDERER, JJ.